UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GABRIEL DIAZ,

      Plaintiff,

  -v-

LAUREN DIAZ, JOHNNY SZETO, and HUGH BARRY,

      Defendants.

------------------------------------------------------------------X

14 Civ. 4716 (PAE)

<u>VERDICT FORM</u>

**PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS**

*All Answers Must Be Unanimous*

1. Has plaintiff proved, by a preponderance of the evidence, that he was subjected to the intentional use of excessive force by any of the defendants?

  (a) Lauren Diaz  YES_____  NO__X__

  (b) Johnny Szeto  YES_____  NO__X__

  (c) Hugh Barry  YES_____  NO__X__

*[If you answered "No" to all parts of Question 1, then skip the rest of the questions, sign your names in the space provided below, fill in the date, and inform the officer that you have reached a verdict. If you answered "Yes" to any part of Question 1, then answer Question 2 as to any defendant for whom you have given a "Yes" answer.]*

2. Has plaintiff proved, by a preponderance of the evidence, that he suffered compensatory damages as a result of being subjected to excessive force by any of the defendants?

  (a) Lauren Diaz  YES_____  NO_____

  (b) Johnny Szeto  YES_____  NO_____

  (c) Hugh Barry  YES_____  NO_____

*[Question 2 is continued on the next page.]*

If so, what amount of compensatory damages do you award?

    Compensatory Damages: $_____

*[If you answered "No" to Question 2 as to any defendant, then proceed to Question 3. If you answered "Yes" to Question 2 as to all defendants, then skip to Question 4.]*

3. If you have found that plaintiff proved his claims against a defendant (Question 1), but have found that plaintiff has not proved compensatory damages, you must award nominal damages. What amount of nominal damages (not to exceed $1) do you award?

    Nominal Damages: $_____

*[Proceed to Question 4 regardless of your answer to Question 3.]*

4. If you have found that plaintiff proved his claims against a defendant (Question 1), has plaintiff proved, by a preponderance of the evidence, that he is entitled to punitive damages from that defendant?

    (a) Lauren Diaz      YES_____      NO_____

    (b) Johnny Szeto      YES_____      NO_____

    (c) Hugh Barry      YES_____      NO_____

If so, what amount of punitive damages do you award?

    (a) Lauren Diaz      $_____

    (b) Johnny Szeto      $_____

    (c) Hugh Barry      $_____

*[Please sign your names in the space provided on the next page, fill in the date, and inform the officer that you have reached a verdict.]*

After completing the form, each juror who agrees with this verdict must sign below:

① _[signature]_
Foreperson

② _[signature]_

③ _[signature]_

④ _[signature]_

⑤ _Martha S. Sheen_

⑥ _[signature]_

⑦ _[signature]_

⑧ _[signature]_

Dated: _Feb. 3rd 2016_
_7:00 PM_